**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

February 13, 2025

BY EMAIL

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Hyeongsock Choi*, 21 Cr. 743 (LAK)

Dear Judge Kaplan:

    The Government respectfully requests that the Court unseal the following documents and docket entries in this case:

1. The Information, which was accepted for filing on or about December 8, 2021.
2. The Waiver of Indictment, which was executed on or about December 8, 2021.
3. The Clerk's minute entry for the defendant's guilty plea allocution before Magistrate Judge Cott, which occurred on or about December 8, 2021.
4. The Clerk's minute entry for Judge Kaplan's plea review hearing, which occurred on or about September 11, 2024.
5. Judge Kaplan's order accepting the defendant's guilty plea.
6. The Final Judgment of Conviction.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:   /s/
Mathew Andrews
Ryan W. Allison
Timothy V. Capozzi
Assistant United States Attorneys
(212) 637-6526/2474/2404

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ 2/19/25

cc:    Defense counsel (by email)